UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| CHARLES CRAFT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 17-219-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| ASSET ACCEPTANCE, LLC, and | ) | **ORDER** |
| LLOYD & MCDANIEL, PLC, | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of the plaintiff's notice of dismissal of his claims against the defendants.  [Record No. 4]  Having considered the filing and being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The plaintiff's claims against Defendants Asset Acceptance, LLC, and Lloyd & McDaniel, PLC, are **DISMISSED**, with prejudice.

2. The parties shall bear their respective costs and fees.

3. This matter is **STRICKEN** from the Court's docket.

This 13th day of July, 2017.



Signed By:
*Danny C. Reeves* DCR
United States District Judge